[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11437
Non-Argument Calendar

_____

D.C. Docket No. 3:11-cr-00191-RBD-JBT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE NIEVES ORTIZ VALLECILLO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 14, 2012)

Before MARCUS, HILL and KRAVITCH, Circuit Judges.

PER CURIAM:

James A. Hernandez, appointed counsel for Jose Vallecillo in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vallecillo's conviction and sentence are **AFFIRMED**.

2